IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JASON FARMER, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MIKE HUNSINGER, KEVIN EPPS, : <br> JON MILLS, and JAMES FARMER, : <br> : <br> Defendants. : <br> _____: | CIVIL ACTION NO. <br><br> 3:25-cv-00154-TES |

## **DEFENDANT KEVIN EPPS' MOTION TO DISMISS**

Defendant Kevin E. Epps, pro se, and without waiving any defenses, submits this brief in support of his motion to dismiss Plaintiff Jason Farmer's Complaint (Doc. 1). Pursuant to Local Rule 7.1, a memorandum of law in support of is being filed simultaneously.

This 10th day of October 2025.

                                             **EPPS, HOLLOWAY, DELOACH**
                                             **& HOIPKEMIER, LLC**

                                         BY:       */s/ Kevin E. Epps*
                                                       Kevin E. Epps, pro se
                                                       Georgia Bar No. 785511

1220 Langford Drive
Building 200-101
Watkinsville, Georgia 30677
(706) 508-4000
kevin@ehdhlaw.com

## CERTIFICATE OF SERVICE

I certify that I have this date electronically filed *Defendant Kevin E. Epps' Motion to Dismiss and Memorandum of Law In support Of* via the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

John Baker
john@johnbaker.law
Attorney for Plaintiff Jason Farmer

This 10th day of October 2025.

**EPPS, HOLLOWAY, DELOACH
& HOIPKEMIER, LLC**

BY:     */s/ Kevin E. Epps*
          Kevin E. Epps, pro se
          Georgia Bar No. 785511

1220 Langford Drive
Building 200-101
Watkinsville, Georgia 30677
(706) 508-4000
kevin@ehdhlaw.com