IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JASON FARMER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. |
| | * | |
| v. | * | 3:25-cv-00154-TES |
| | * | |
| MIKE HUNSINGER, KEVIN EPPS, JON MILLS, and JAMES FARMER, | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Before the Court for consideration is Defendants' Motion for Extension of Time to File Answer to Complaint. Defendant seeks an 11-day extension of time, to and including Friday, December 12, 2025, to file a response to the Complaint.

For good cause shown, Defendant's Motion for Extension of Time to File Answer to Complaint IS GRANTED, and

IT IS ORDERED that the time by which Defendant Jon Mills must file his answer to the Complaint is Friday, December 12, 2025.

SO ORDERED this  26  day of  November , 2025.

  s/Tilman E. Self, III  
Honorable Tilman E. Self, III
United States District Judge