## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| **JASON FARMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MIKE HUNSINGER, in his** | ) | **CIVIL ATION FILE NO.** |
| **individual capacity;** | ) | **Case 3:25-cv-00154-TES** |
| **KEVIN EPPS, individually;** | ) | |
| **JON MILLS, individually,** | ) | |
| **JAMES FARMER,** | ) | |
| **individually** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT JUDGE MIKE HUNSINGER'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Hon. Mike Hunsinger, Probate Judge of Oconee County, Georgia ("Judge Hunsinger"), sued in this action in his individual capacity, respectfully moves the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss with prejudice all claims asserted against him in Plaintiff's Complaint.

As set forth more fully in Defendant Judge Mike Hunsinger's contemporaneously filed Brief in Support of Motion to Dismiss Plaintiff's Complaint, incorporated herein by reference, Plaintiff's claims fail as a matter of law because, among other things: (1) absolute judicial immunity bars all individual-capacity § 1983 and state-law damages claims against Judge Hunsinger arising from judicial acts taken in the Farmer probate proceedings within the Probate Court's subject-matter jurisdiction; (2) Plaintiff's Complaint seeks only retrospective monetary relief and pleads no claim for injunctive or declaratory relief against Judge Hunsinger, and in any event 42 U.S.C. § 1983 forecloses injunctive relief against a judicial officer for acts taken in a

judicial capacity absent a violated declaratory decree or the unavailability of declaratory relief, neither of which is alleged; (3) the Eleventh Amendment and Georgia's sovereign-immunity doctrine independently bar any official-capacity theories and any state-law claims premised on conduct taken in Judge Hunsinger's judicial role; (4) principles of comity and federalism, including *Younger* abstention and the *Rooker–Feldman* doctrine, preclude this Court from exercising collateral review over ongoing, non-final state probate and contempt proceedings that are already the subject of Georgia appellate review; and (5) even apart from immunity and abstention, the Complaint merely repackages Plaintiff's disagreement with the Probate Court's rulings and fails to state any plausible claim for relief under § 1983 or Georgia law against Judge Hunsinger.

WHEREFORE, Defendant Hon. Mike Hunsinger respectfully requests that the Court:

1. Grant this Motion;

2. Dismiss with prejudice all claims asserted against him in Plaintiff's Complaint; and

3. Award such other and further relief as the Court deems just and proper.

Respectfully submitted this 10th day of December, 2025.

JAMES BATES BRANNAN GROOVER LLP
By: */s/ Casey C. Crumbley*
Casey C. Crumbley
Georgia Bar No. 741428
Attorney for Defendant
Hon. Judge Mike Hunsinger

1 Press Place, Suite 200
Athens, Georgia 30601
Telephone: (706) 215-8330
Facsimile: (706) 215-8339
ccrumbley@jamesbatesllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Defendant Judge Mike Hunsinger's Motion to Dismiss Plaintiff's Complaint with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record who are registered CM/ECF users.

This 10th day of December, 2025.

JAMES BATES BRANNAN GROOVER LLP

*By: /s/ Casey C. Crumbley*
Casey C. Crumbley
Georgia Bar No. 741428