IN THE PROBATE COURT OF OCONEE COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF :
: ESTATE NO. F-183
BOBBY JAMES FARMER, :
DECEASED. :
:

IN THE PROBATE COURT OF OCONEE COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF :
: ESTATE NO. F-189
JUDY LENORA FARMER, :
DECEASED. :
:

## INTERIM ORDER
## FINDING JASON FARMER IN CONTEMPT OF COURT

**WHEREAS,** this Court entered a Protective Order on July 14, 2023, pursuant to an announced agreement by the parties for the protection of ownership interests in the above captioned estates;

**WHEREAS,** Jon Mills, Administrator with Will Annexed ("Administrator") for the above captioned estates filed a Petition for Citation of Contempt and other relief ("Petition") on December 14, 2023, alleging that Jason Farmer has failed to comply with the terms of the order;

**WHEREAS,** the Petition was amended on January 24, 2024, by attorney Jon Mills by adding a sworn verification;

**WHEREAS,** James Farmer, through counsel, joined the Petition on January 23, 2024;

**WHEREAS,** the hearing on the Petition began on March 6, 2024, wherein counsel for Jason Farmer, John Baker, admitted that his client was in contempt of this Court's July 14, 2023, order;

DATE FILED 9/3/2024
TIME 9:45 AM
CLERK/ JUDGE

**WHEREAS,** during the testimony of Jason Farmer he admitted that he was in willful non-compliance of this Court's July 14, 2023, order, and the Court took a recess in accommodation of a request by Jason Farmer to get some water;

**WHEREAS,** subsequent to the recess, the Court entered an order suspending the matter until April 10, 2024. That hearing was continued until August 7, 2024, and notices of the continuation were given to attorney John Baker for the attendance of Jason Farmer;

**WHEREAS,** attorney John Baker, counsel on behalf of Jason Farmer, filed a Special Appearance and Motion to Quash ten minutes before the scheduled hearing, and failed to appear before this Court for the hearing;

**WHEREAS,** the Court denied Jason Farmer's Special Appearance and Motion to Quash Subpoena;

**WHEREAS,** the Court then held the balance of the hearing receiving into evidence transcripts of sworn testimony from Marsha Hatch and Donald Couch, Jr., bank records of Jason Farmer reflecting business income, inclusive of dates immediately after his reported medical emergency that prevented him from continuing with his testimony on March 6, 2024;

**THEREFORE, THIS COURT HEREBY FINDS,** that Jason Farmer is in willful contempt of the Protective Order lawfully entered on July 14, 2023;

**IT IS HEREBY ORDERED,** that pursuant to the applicable law, Jason Farmer must fully comply with the terms of the Protective Order;

**IT IS HEREBY FURTHER ORDERED THAT,** to purge himself of contempt, Jason Farmer must: (1) upon receipt of this order via email and through his counsel, John Baker, within twenty-four (24) hours, identify the location of all equipment listed in the Protective Order and allow the inspection of the equipment listed in the Protective Order by Administrator Jon Mills,

(2) pay the amount of Thirty Thousand Dollars ($30,000.00) to the Estate of Judy Lenora Farmer through Administrator Jon Mills[1]; (3) produce an accounting within seven (7) days of the receipt of this Order via email to his attorney for record, John Baker of use of the equipment which logically corresponds with the income shown on the admitted bank statements so that this Court may complete its findings regarding the appropriate arrearage due to the Administrator regarding the equipment listed in the Protective Order[2];

**IT IS HEREBY FURTHER ORDERED THAT,** the Administrator shall secure the equipment listed under the Protective Order and the Oconee County Sheriff shall aid in securing the equipment;

**IT IS HEREBY FURTHER ORDERED THAT,** Jason Farmer shall pay the costs of pursuit of this action by Jamie Farmer, including reasonable attorneys' fees. James Farmer shall submit an affidavit as to the costs no later than fourteen (14) days from the date of this order, a hearing will thereafter be scheduled the Court to consider the appropriate amount to be ordered;

**IT IS HEREBY FURTHER ORDERED THAT,** Jason Farmer shall pay the costs of pursuit of this action by the Administrator, including reasonable attorneys' fees. The Administrator shall submit an affidavit as to the costs no later than fourteen (14) days from the date of this order, a hearing will thereafter be scheduled the Court to consider the appropriate amount to be ordered;

**IT IS HEREBY FURTHER ORDERED THAT,** should Jason Farmer fail to purge himself of his contempt of this Court's order, he shall be arrested and held in the Oconee County Jail until such time that a hearing can be held regarding the same.

---

[1] Said amount represents the minimum amount of rent payment due under the Protective Order. Said amount will offset the total amount due pursuant to further finding of this Court.
[2] Should an accounting not be provided as stated in this Order, Administrator Jon Mills and Movant James Farmer shall submit, within 30 days of this order, their findings of the amount owed by Jason Farmer.

So ordered, this 3rd day of September, 2024.

ORDER PREPARED BY:
Kevin Epps
Epps, Holloway, DeLoach & Hoipkemier, LLC
1220 Langford Drive
Building 200-101
Watkinsville, Georgia 30677
(706) 508-4000

_____
Honorable Mike Hunsinger, Judge