IN THE PROBATE COURT OF OCONEE COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF :
: ESTATE NO. F-183
BOBBY JAMES FARMER, :
DECEASED. :
_____ :

IN THE PROBATE COURT OF OCONEE COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF :
: ESTATE NO. F-189
JUDY LENORA FARMER, :
DECEASED. :
_____ :

## BENCH WARRANT AND ARREST ORDER

**WHEREAS,** this Court finds that the above-styled cases are before the Court subsequent to this Court's September 3, 2024 *Interim Order Finding Jason Farmer in Contempt of Court* ("Contempt Order"), in which this Court found "that Jason Farmer is in willful contempt of the Protective Order lawfully entered on July 14, 2023;

**WHEREAS,** this Court further finds that the Contempt Order ordered Jason Farmer to (1) comply with this Court's July 14, 2023 Protective Order and (2) set forth the requirements Jason Farmer was mandated to meet in order for Jason Farner to purge himself of contempt;

**WHEREAS,** this Court further finds that Administrator Jon Mills has reported to the Court that Jason Farmer has both (1) failed to comply with the July 14, 2023 Protective Order and (2) has failed to meet the mandated requirements in order purge himself from such contempt as directed in the Contempt Order. Administrator Jon Mills' Notice of Non-Compliance is attached and incorporated herein as Exhibit "A."

Page 1 of 2

IT IS HEREBY ORDERED THAT, the Sheriff of Oconee County, Georgia, or his lawful designee authorized to execute warrants, is **COMMANDED** to arrest Jason Farmer and to hold Jason Farmer in the Oconee County Jail until further order of this Court, to be dealt with as the law directs. **HEREIN FAIL NOT.**

IT IS HEREBY FURTHER ORDERED THAT, the Oconee County Sheriff's Office, is required to notify this Court immediately upon the effectuation of said arrest.

Identifying data for Jason Farmer:

| | |
|---|---|
| Name: | **JASON FARMER** |
| Race: | **W** |
| Gender: | **M** |
| SSN: | **259-49-XXXX** |
| DOB: | **05/1973** |
| Residential Address: | **2101 MALCOM BRIDGE ROAD BOGART, GA 30622** |

SO ORDERED, this 7 day of August, 2025.



_____
HONORABLE MIKE HUNSINGER, JUDGE
PROBATE COURT OF OCONEE COUNTY

### WARRANT EXECUTION AND SERVICE

The above-named JASON FARMER was arrested on the _____ day of _____, 2025, by _____ (Printed Name of Arresting Official).

_____
Signature of Arresting Official

_____
Printed name of Law Enforcement Agency



EXHIBIT A

IN THE PROBATE COURT OF OCONEE COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| **BOBBY JAMES FARMER,** | * | ESTATE NO: F-183 |
| Deceased. | * | |
| | * | |
| IN RE: | * | |
| | * | |
| **JUDY LENORA FARMER,** | * | ESTATE NO: F-189 |
| Deceased. | * | |

### NOTICE OF NON-COMPLIANCE

The undersigned, Jon Mills, as Administrator with Will Annexed for the Estate of Bobby James Farmer and the Estate of Judy Lenora Farmer provide notice to the Court as follows:

1. The Probate Court issued the *Interim Order Finding Jason Farmer in Contempt of Court* ("Contempt Order") on September 3, 2024 after various hearings conducted in these matters.

2. The Contempt Order required Jason Farmer to perform certain acts to purge his contempt. The Contempt Order relates to issues involving Jason Farm's non-compliance with various terms of the Protective Order entered by the Court on July 14, 2023 relating to certain items of equipment ("Equipment") as further identified within the Protective Order.

3. Subsequent to the Contempt Order being issued, various interested parties initiated appellate/judicial review.

4. The Superior Court of Oconee County issued an Order on August 1, 2025 granting a Motion to Dismiss filed by James Farmer concerning the Petition for Judicial Review filed by Jason Farmer, et. al.

5. On August 6, 2025, the undersigned was able to secure one of the cranes subject to the Contempt Order as more fully explained in the Notice of Seizure, same being simultaneously filed with the Court.

6. As of August 7, 2025, the undersigned provides notice of the following acts of non-compliance with the Contempt Order:

    a. Jason Farmer has not provided the undersigned with information concerning the identity of the Equipment as required by the Contempt Order.

Page -1-

In Re: Estate of Bobby Farmer – Estate No. F-183
In Re: Estate of Judy Farmer – Estate No. F-189
<u>Notice of Non-Compliance</u>

    b. Jason Farmer has not provided the undersigned with the opportunity to conduct an inspection of the Equipment as required by the Contempt Order.

    c. Jason Farmer has not paid $30,000.00 to the Estate of Judy Lenora Farmer as required by the Contempt Order.

    d. Jason Farmer has not provided an accounting concerning the use of the Equipment as required by the Contempt Order.

This 7th day of August, 2025.

                                                     Jon Mills
                                                     Administrator for Estate of Bobby Farmer
                                                     Administrator for Estate of Judy Farmer

Sworn to and subscribed to before me
this 7th day of August, 2025.

Notary Public, Oconee County, GA
My commission expires 01-27-2029

In Re: Estate of Bobby Farmer – Estate No. F-183
In Re: Estate of Judy Farmer – Estate No. F-189
<u>Notice of Non-Compliance</u>

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day served a true and correct copy of the *Notice of Non-Compliance* in the above styled case upon the opposing/interested parties in this matter, by Statutory Electronic Service to:

John Baker
john@johnbaker.law

Mark Stuckey
mark@hughespclaw.com

Robert Hughes
robby@hughespclaw.com

Kevin Epps
kevin@ehdhlaw.com

This 7th day of August, 2025.

                    Jon Mills
                    Georgia Bar No. 355356

Durden & Mills, P.C.
Attorneys at Law
1551 Jennings Mill Rd #2200B
Watkinsville, GA 30677
(706) 543-4708

Page -3-