IN THE PROBATE COURT OF OCONEE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| In Re: Estate of Bobby James Farmer,<br><br>Deceased | Estate No. F-183 |

IN THE PROBATE COURT OF OCONEE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| In Re: Estate of Judy Lenora Farmer,<br><br>Deceased | Estate No. F-189 |

### JASON FARMER'S NOTICE OF APPEAL TO THE GEORGIA COURT OF APPEALS

COME NOW Jason Farmer and, pursuant to OC.G.A. §§§§ 5-6-13, 5-6-34(d), 5-6-35, 5-6-48(d)), 15-9-120, 15-9-123 and cases construing them, files his Notice of Appeal to the Georgia Court of Appeals.

Appellant appeals from the **void** September 3, 2024 Order providing for his incarceration for criminal contempt, and which did result in Appellant's false arrest and incarceration for criminal contempt without a show cause hearing or other due process on August 8, 2025.

DATE FILED 8/11/25
TIME 10:16 AM
CLERK / JUDGE

1

Appellants will pay costs of appeal upon presentment of the same by the Court and/or Clerk.

> "the ... notice of appeal serves as supersedeas when all costs in the trial court are paid. This automatic supersedeas deprives the trial court of jurisdiction to modify or alter the judgment in the case pending the appeal." ... Therefore, any "subsequent proceedings purporting to supplement, amend, alter or modify the judgment, whether pursuant to statutory or inherent power, are without effect."

*Lawyers Title Ins. Corp. v. Griffin*, 302 Ga. App. 726, 728-729 (2010) (internal citations omitted).

The Clerk will please transmit to the Court of Appeals the entire record from the Probate Court of Oconee County.

Respectfully submitted this 8th day of August, 2025.

JOHN BAKER LAW

/s/ John Baker*
*by KSW w/ express permission
JOHN BAKER*
Georgia Bar No. 033797
1551 Jennings Mill Road
Suite 3100B
Watkinsville, Georgia 30677
(706) 608-2406
john@johnbaker.law
*Attorney for Petitioner Jason Farmer*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Jason Farmer and John Baker's Notice of Appeal to Court of Appeals** shall be served upon all counsel of record via electronic mail notification to all counsel of record.

This the 8th day of August, 2025.

JOHN BAKER LAW

/s/ John Baker*
*by KSW w/ express permission
JOHN BAKER*
Georgia Bar No. 033797
1551 Jennings Mill Road
Suite 3100B
Watkinsville, Georgia 30677
(706) 608-2406
john@johnbaker.law
*Attorney for Petitioner Jason Farmer*

3