IN THE PROBATE COURT OF OCONEE COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: ESTATE OF | : | ESTATE NO. F-183 |
| BOBBY JAMES FARMER, | : | |
| DECEASED. | : | |

IN THE PROBATE COURT OF OCONEE COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: ESTATE OF | : | ESTATE NO. F-189 |
| JUDY LENORA FARMER, | : | |
| DECEASED. | : | |

## ORDER FOR SUPERSEDEAS BOND

WHEREAS, the Court entered its Bench Warrant and Arrest Order on August 7, 2025, directing the arrest of Jason Farmer and his confinement in the Oconee County Jail pending further order of this Court;

WHEREAS, Jason Farmer was arrested by the Sheriff of Oconee County on August 8, 2025 and detained in the County jail since the time of his arrest;

WHEREAS, on August 11, 2025, Jason Farmer filed a Notice of Appeal to the Georgia Court of Appeals. Having filed written notice that he intends to seek review of the adjudication of contempt, Jason Farmer is entitled to a supersedeas bond according to O.C.G.A. § 5-6-13;

IT IS THEREFORE ORDERED AND ADJUDGED that upon Jason Farmer posting a supersedeas bond in the amount of **$500,000.00**, the Sheriff shall release Jason Farmer from the Oconee County Jail and shall promptly notify the Court in writing when the bond has been posted and Jason Farmer has been released.

SO ORDERED this 11th day of August, 2025.

JUDGE MIKE HUNSINGER
PROBATE COURT OF OCONEE COUNTY

Order prepared at
Court's request by:

John Baker
Ga. Bar No. 033797
*Counsel for Jason Farmer*

DATE FILED 8/11/25
TIME 1:48 pm
CLERK/JUDGE