**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **JASON FARMER,** | * | |
| | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.** |
| | * | |
| **v.** | * | **3:25-cv-00154-TES** |
| | * | |
| **MIKE HUNSINGER, KEVIN EPPS,** | * | |
| **JON MILLS, and JAMES FARMER,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

## MOTION TO STAY BY DEFENDANT MILLS

COMES NOW DEFENDANT JON MILLS, by and through undersigned counsel, and files this Motion to Stay, on the grounds that (1) Defendants Hunsinger and Mills raise immunity defenses that require a stay, (2) this case should be stayed based on *Younger* abstention due to ongoing state court proceedings that are likely to be dispositive, and (3) Defendants' pending motions to dismiss are likely to dispose of the claims raised. Defendant's supporting brief explains the grounds for a stay in more detail.

"District judges are accorded wide discretion in ruling on discovery motions… . " *Harris v. Chapman*, 97 F.3d 499, 506(D) (11th Cir. 1996).  In this case Plaintiff asserts doubtful claims on account of protracted, ongoing estate litigation proceedings spread over multiple state courts.  A stay is justified.

WHEREFORE, in light of the dispositive immunity defenses raised in multiple motions to dismiss, the Court's likely lack of jurisdiction, and the *Pullman* abstention doctrine, Defendant Mills respectfully request the Court to stay this action until the Court rules on Defendants' motion to dismiss.

WILLIAMS & WAYMIRE, LLC


/s/ *Jason C. Waymire*
JASON C. WAYMIRE
Georgia Bar No. 742602
Attorney for Defendant Mills

4330 South Lee Street
Bldg. 400, Suite A
Buford, GA 30518
678-541-0790
678-541-0789
jason@wmwlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing **MOTION TO STAY, BRIEF IN SUPPORT** and proposed **ORDER** upon counsel for all parties by electronic delivery through the CM/ECF system.

This December 13, 2025.

/s/ Jason C. Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602
