**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **JASON FARMER,** | * | |
| | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.** |
| | * | |
| **v.** | * | **3:25-cv-00154-TES** |
| | * | |
| **MIKE HUNSINGER, KEVIN EPPS,** | * | |
| **JON MILLS, and JAMES FARMER,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

## ORDER GRANTING MOTION TO STAY

Based on motion and for good cause shown, the Court hereby stays discovery and all procedural deadlines in this case, pending the Court's ruling on Defendants' motions to dismiss. If any claim survives following the Court's ruling(s) on those motions, then the stay will be lifted as to such claim(s) upon the Court's ruling.

SO ORDERED this _____ day of _____, 2025.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT