**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

|  |  |
|---|---|
| JASON FARMER,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE HUNSINGER, KEVIN EPPS,<br>JON MILLS, and JAMES FARMER<br><br>    Defendants. | 3:25-cv-00154-TES |

**ORDER GRANTING PLAINTIFF JASON FARMER'S MOTION FOR
EXTENSION OF TIME TO EFFECT SERVICE UPON DEFENDANT
JAMES FARMER BY UNITED STATES MARSHAL**

Before the Court for consideration is Plaintiff's Motion for Extension of Time to Effect Service Upon Defendant James Farmer by United States Marshal. Plaintiff seeks a 45-day extension of time to serve the Defendant based on the appointment of a United States marshal or deputy marshal for that purpose.

For good cause shown, Plaintiff's Motion IS GRANTED, and

IT IS ORDERED that the time by which Plaintiff may serve Defendant James Farmer is extended 45 days from the date of the entry of this Order, and

IT IS FURTHER ORDERED that a United States marshal or deputy marshal is hereby appointed for the purpose of effecting service of summons upon Defendant James Farmer within the time provided by this Order.

SO ORDERED this _30th_ day of __December__, __2025__.


_s/Tilman E. Self, III_
Honorable Tilman E. Self, III
United States District Judge

2