# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| JASON FARMER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE HUNSINGER, in his | ) | 3:25-cv-00154-TES |
| individual capacity; JON MILLS, | ) | |
| in his individual capacity; | ) | |
| KEVIN EPPS, in his individual | ) | |
| capacity; JAMES DALE FARMER, | ) | |
|     Defendants. | ) | |

## PLAINTIFF'S EMERGENCY MOTION FOR CONTINUANCE
## OF FEBRUARY 11, 2026 HEARING

COMES NOW Plaintiff Jason Farmer, by and through undersigned counsel, and respectfully moves this Court pursuant to the Local Rules of the United States District Court for the Middle District of Georgia for a continuance of no less than seven (7) days of the hearing currently scheduled for February 11, 2026 on Defendants' Motions to Dismiss. In support thereof, Plaintiff shows the Court as follows:

1. A hearing on Defendants' Motions to Dismiss is currently scheduled for February 11, 2026.

2. The pending Motions to Dismiss address, among other issues, the circumstances surrounding Plaintiff's arrest, including whether the arrest was conducted pursuant to a "Bench Warrant", or a warrantless arrest.

3. On or about February 6, 2026, Plaintiff's counsel received responsive documents and audio recordings from an Open Records Act request submitted to the Athens-Clarke County Police Department ("ACCPD"). The evidence bears directly on the warrant issue raised in Defendants' motions.

4. Specifically, the ACCPD call narrative states "PER OCONEE COUNTY, A CIVIL WARRANT WAS SIGNED BUT WAS NOT PUT ON GCIC." (See attached)   However, the audio communications provided in response to a request for open records include an admission that the arrest was "not technically … a warrant."[1]   As a result, Jason Farmer was subjected to *two warrantless arrests*, one by Athens-Clarke County and one by Oconee, despite contentions to the contrary in motions or briefs, or citations to authority that presume different facts.

---

[1] Audio available as .MP3 file without download via the following web address  - "warrant" discussion at 3:00: https://drive.google.com/file/d/1Y0SxqMp0lHsaaY0Bbb1ihx4yMN5ZR8AV/view?usp=drivesdk

5. Plaintiff respectfully submits that a brief continuance will promote fairness and judicial economy by allowing the Parties adequate time to review and address these newly received materials before oral argument.

6. Given the time constraints, Plaintiffs' counsel has not requested Defendants' consent to a continuance.

WHEREFORE, Plaintiff respectfully requests that the Court continue the February 11, 2026 hearing for a period of no less than seven (7) days, and reschedule the hearing at the Court's earliest convenience thereafter.

Respectfully submitted this 9th day of February, 2026.

*/s/ John Baker*
**John Baker**
Georgia Bar No. 033797
JOHN BAKER LAW
1551 Jennings Mill Rd., Suite 3100B
Watkinsville, Georgia 30677
Telephone: (706) 608-2406
Email: john@johnbaker.law
*Attorney for Plaintiff Jason Farmer*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2026, I electronically filed the foregoing Motion for Continuance and [Proposed] Order with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

Respectfully submitted this 9th day of February, 2026.

*/s/ John Baker*
**John Baker**
Georgia Bar No. 033797
JOHN BAKER LAW
1551 Jennings Mill Rd., Suite 3100B
Watkinsville, Georgia 30677
Telephone: (706) 608-2406
Email: john@johnbaker.law
*Attorney for Plaintiff Jason Farmer*

## Call For Service Detail Report - CFS 9277

*Redactions made under OCGA Section 50-18-72(a)(20)(A). All other records of pending investigation exempt under OCGA Section 50-18-71(a)(4).*

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 615 VAUGHN RD, ATHENS | | | | |
| **Common Name** | | | | | |
| **Custom Layer** | 130600 | **Census Tract** | | | |
| **Beat** | 02 | **Quadrant** | 8H | **District** | 006 |
| **Caller Name** | | **Caller Phone** | | **Call Taker** | ATHENS\simsj |
| **Create Date** | 8/8/2025 3:33:19 PM | **Clear Date** | 8/8/2025 5:26:45 PM | **Nature Of Call** | |

### Call Details

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| Out on Portable | In Progress | 1 - High | ATHENS\simsj | 8/8/2025 3:33:19 PM |
| <(choose call type) > | In Progress | 1 - High | ATHENS\goodk | 8/8/2025 3:33:19 PM |

### Call Narrative

**\*\*\* 8/8/2025 \*\*\***

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 5:26:41 PM | EMS ADV PARMC | Nelson,Jordia | | TEPSCAD09 |
| 4:45:46 PM | 3396 ALL UNITS 10-8 TURNED OVER TO OCONEE CO | Good,Kelsey | | TEPSCAD02 |
| 4:07:43 PM | 3388 SLOW ROLL IS FINE | Good,Kelsey | | TEPSCAD02 |
| 4:07:38 PM | 3388 START EMS FOR MALE IN REF CARDIAC ISSUES | Good,Kelsey | | TEPSCAD02 |
| 3:53:15 PM | 3388 NNTC | Ramirez,Randall | | TEPSCAD06 |
| 3:52:06 PM | --3388 CONNECTED TO OCONEE CO ON 911 | Nelson,Jordia | | TEPSCAD09 |
| 3:50:50 PM | PER OCONEE COUNTY, A CIVIL WARRANT WAS SIGNED BUT WAS NOT PUT ON GCIC | Sims,Jeremy | | TEPSCAD01 |
| 3:50:29 PM | PER 3396, ADV THAT OCONEE COUNTY SIGNED WARRANTS ON A JASON FARMER | Sims,Jeremy | | TEPSCAD01 |

### EMD Narrative

| Time | Description | User |
|---|---|---|

### Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|
| FARMER,JASON | ■■■ 1973 | ■■■ | TEPSCAD02 |

### Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|
| | | | Plate Inquiry | | | CSS7207 |

### Call Dispositions

| Name | Count |
|---|---|
| 03-Assignment Complete | 1 |

Printed, 8/26/2025 AT 9:43:11 AM BY TWILLS

| | | | |
|---|---|---|---|
| 09-Turned Over To | | 1 | |

## Unit Dispositions

| Name | Count | Unit Number | Disposition Date |
|---|---|---|---|
| 09-Turned Over To | 1 | 3388 | 8/8/2025 4:46:02 PM |
| 09-Turned Over To | 1 | 3396 | 8/8/2025 4:46:02 PM |
| 03-Assignment Complete | 1 | EMS5 | 8/8/2025 5:26:44 PM |

## Call Log

*** 8/8/2025 ***

| Time | Action | Description | | Name | Machine |
|---|---|---|---|---|---|
| 5:26:45 PM | Call Type Timer | Timer Stop - 1h 53m 26s (56) | | system comment | TEPSCAD09 |
| 5:26:45 PM | Call Cleared | Close Call | | Jordia Nelson | TEPSCAD09 |
| 5:26:44 PM | Unit Status Action | Unit EMS5 AV - Available | | Jordia Nelson | TEPSCAD09 |
| 5:26:44 PM | Disposition Changed | Added: 03-Assignment Complete Count 1 | | Jordia Nelson | TEPSCAD09 |
| 5:26:41 PM | Narrative Added | EMS ADV PARMC | | Jordia Nelson | TEPSCAD09 |
| 5:25:19 PM | Call Type Timer | Timer Increment - 1h 52m (56) | Total: 1h 52m 0s | system comment | TEPSCADPRD |
| 5:23:19 PM | Call Type Timer | Timer Increment - 1h 50m (55) | Total: 1h 50m 0s | system comment | TEPSCADPRD |
| 5:21:19 PM | Call Type Timer | Timer Increment - 1h 48m (54) | Total: 1h 48m 0s | system comment | TEPSCADPRD |
| 5:19:19 PM | Call Type Timer | Timer Increment - 1h 46m (53) | Total: 1h 46m 0s | system comment | TEPSCADPRD |
| 5:17:19 PM | Call Type Timer | Timer Increment - 1h 44m (52) | Total: 1h 44m 0s | system comment | TEPSCADPRD |
| 5:15:19 PM | Call Type Timer | Timer Increment - 1h 42m (51) | Total: 1h 42m 0s | system comment | TEPSCADPRD |
| 5:13:19 PM | Call Type Timer | Timer Increment - 1h 40m (50) | Total: 1h 40m 0s | system comment | TEPSCADPRD |
| 5:11:19 PM | Call Type Timer | Timer Increment - 1h 38m (49) | Total: 1h 38m 0s | system comment | TEPSCADPRD |
| 5:09:19 PM | Call Type Timer | Timer Increment - 1h 36m (48) | Total: 1h 36m 0s | system comment | TEPSCADPRD |
| 5:07:19 PM | Call Type Timer | Timer Increment - 1h 34m (47) | Total: 1h 34m 0s | system comment | TEPSCADPRD |
| 5:05:19 PM | Call Type Timer | Timer Increment - 1h 32m (46) | Total: 1h 32m 0s | system comment | TEPSCADPRD |
| 5:03:19 PM | Call Type Timer | Timer Increment - 1h 30m (45) | Total: 1h 30m 0s | system comment | TEPSCADPRD |
| 5:01:19 PM | Call Type Timer | Timer Increment - 1h 28m (44) | Total: 1h 28m 0s | system comment | TEPSCADPRD |
| 4:59:19 PM | Call Type Timer | Timer Increment - 1h 26m (43) | Total: 1h 26m 0s | system comment | TEPSCADPRD |
| 4:57:19 PM | Call Type Timer | Timer Increment - 1h 24m (42) | Total: 1h 24m 0s | system comment | TEPSCADPRD |
| 4:55:19 PM | Call Type Timer | Timer Increment - 1h 22m (41) | Total: 1h 22m 0s | system comment | TEPSCADPRD |
| 4:53:19 PM | Call Type Timer | Timer Increment - 1h 20m (40) | Total: 1h 20m 0s | system comment | TEPSCADPRD |
| 4:51:19 PM | Call Type Timer | Timer Increment - 1h 18m (39) | Total: 1h 18m 0s | system comment | TEPSCADPRD |
| 4:49:19 PM | Call Type Timer | Timer Increment - 1h 16m (38) | Total: 1h 16m 0s | system comment | TEPSCADPRD |
| 4:47:19 PM | Call Type Timer | Timer Increment - 1h 14m (37) | Total: 1h 14m 0s | system comment | TEPSCADPRD |
| 4:46:04 PM | Call Closed By Agency | Police Call Closed | | Kelsey Good | TEPSCAD02 |
| 4:46:03 PM | Unit Status Action | Unit 3388 AV - Available | | Kelsey Good | TEPSCAD02 |
| 4:46:03 PM | Unit Status Action | Unit 3396 AV - Available | | Kelsey Good | TEPSCAD02 |
| 4:46:03 PM | Disposition Changed | Added: 09-Turned Over To Count 1 | | Kelsey Good | TEPSCAD02 |
| 4:45:46 PM | Narrative Added | 3396 ALL UNITS 10-8 TURNED OVER TO OCONEE CO | | Kelsey Good | TEPSCAD02 |
| 4:45:19 PM | Call Type Timer | Timer Increment - 1h 12m (36) | Total: 1h 12m 0s | system comment | TEPSCADPRD |
| 4:43:19 PM | Call Type Timer | Timer Increment - 1h 10m (35) | Total: 1h 10m 0s | system comment | TEPSCADPRD |
| 4:41:19 PM | Call Type Timer | Timer Increment - 1h 8m (34) | Total: 1h 8m 0s | system comment | TEPSCADPRD |
| 4:39:19 PM | Call Type Timer | Timer Increment - 1h 6m (33) | Total: 1h 6m 0s | system comment | TEPSCADPRD |
| 4:37:19 PM | Call Type Timer | Timer Increment - 1h 4m (32) | Total: 1h 4m 0s | system comment | TEPSCADPRD |
| 4:35:19 PM | Call Type Timer | Timer Increment - 1h 2m (31) | Total: 1h 2m 0s | system comment | TEPSCADPRD |
| 4:33:19 PM | Call Type Timer | Timer Increment - 1h 0m (30) | Total: 1h 0m 0s | system comment | TEPSCADPRD |
| 4:31:19 PM | Call Type Timer | Timer Increment - 58m (29) | Total: 58m 0s | system comment | TEPSCADPRD |
| 4:29:19 PM | Call Type Timer | Timer Increment - 56m (28) | Total: 56m 0s | system comment | TEPSCADPRD |

| Time | Action | Details | User | Terminal |
|---|---|---|---|---|
| 4:27:19 PM | Call Type Timer | Timer Increment - 54m (27)   Total: 54m 0s | system comment | TEPSCADPRD |
| 4:25:19 PM | Call Type Timer | Timer Increment - 52m (26)   Total: 52m 0s | system comment | TEPSCADPRD |
| 4:23:19 PM | Call Type Timer | Timer Increment - 50m (25)   Total: 50m 0s | system comment | TEPSCADPRD |
| 4:21:19 PM | Call Type Timer | Timer Increment - 48m (24)   Total: 48m 0s | system comment | TEPSCADPRD |
| 4:19:19 PM | Call Type Timer | Timer Increment - 46m (23)   Total: 46m 0s | system comment | TEPSCADPRD |
| 4:17:19 PM | Call Type Timer | Timer Increment - 44m (22)   Total: 44m 0s | system comment | TEPSCADPRD |
| 4:15:19 PM | Call Type Timer | Timer Increment - 42m (21)   Total: 42m 0s | system comment | TEPSCADPRD |
| 4:13:19 PM | Call Type Timer | Timer Increment - 40m (20)   Total: 40m 0s | system comment | TEPSCADPRD |
| 4:11:19 PM | Call Type Timer | Timer Increment - 38m (19)   Total: 38m 0s | system comment | TEPSCADPRD |
| 4:09:19 PM | Call Type Timer | Timer Increment - 36m (18)   Total: 36m 0s | system comment | TEPSCADPRD |
| 4:07:49 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Global Subject Named: (FARMER, JASON) | system comment | TEPSCADPRD |
| 4:07:48 PM | Person Updated | Person FARMER, JASON Updated: Name Changed from to FARMER, JASON EVERETTAddress Added - 2101 MALCOLM BRIDGE ROAD BOGART, GA; Contact Phone Added - ▇▇▇▇▇▇▇▇▇▇; DOB Added - 1973-▇▇; Sex Added - Male; Race Added - White; Hair Color Added - Brown; Eye Color Added - Blue; Height Added - 6'1"; Weight Added - 205.0; | Kelsey Good | TEPSCAD02 |
| 4:07:43 PM | Narrative Added | 3388 SLOW ROLL IS FINE | Kelsey Good | TEPSCAD02 |
| 4:07:38 PM | Narrative Added | 3388 START EMS FOR MALE IN REF CARDIAC ISSUES | Kelsey Good | TEPSCAD02 |
| 4:07:21 PM | Unit Location | Unit EMS5 Secondary Location: Secondary Location Cleared | Kelsey Good | TEPSCAD02 |
| 4:07:21 PM | Unit Status Action | Unit EMS5 D - Dispatched | Kelsey Good | TEPSCAD02 |
| 4:07:21 PM | Call Assigned | Added EMS Dispatch Position CAD01 | Kelsey Good | TEPSCAD02 |
| 4:07:21 PM | Agency Context Added | EMS Call Type Added. Call Type: <(choose call type) >, Status: In Progress, Priority: 1 - High | Kelsey Good | TEPSCAD02 |
| 4:07:19 PM | Call Type Timer | Timer Increment - 34m (17)   Total: 34m 0s | system comment | TEPSCADPRD |
| 4:05:19 PM | Call Type Timer | Timer Increment - 32m (16)   Total: 32m 0s | system comment | TEPSCADPRD |
| 4:03:19 PM | Call Type Timer | Timer Increment - 30m (15)   Total: 30m 0s | system comment | TEPSCADPRD |
| 4:01:19 PM | Call Type Timer | Timer Increment - 28m (14)   Total: 28m 0s | system comment | TEPSCADPRD |
| 3:59:19 PM | Call Type Timer | Timer Increment - 26m (13)   Total: 26m 0s | system comment | TEPSCADPRD |
| 3:57:19 PM | Call Type Timer | Timer Increment - 24m (12)   Total: 24m 0s | system comment | TEPSCADPRD |
| 3:55:19 PM | Call Type Timer | Timer Increment - 22m (11)   Total: 22m 0s | system comment | TEPSCADPRD |
| 3:53:19 PM | Call Type Timer | Timer Increment - 20m (10)   Total: 20m 0s | system comment | TEPSCADPRD |
| 3:53:15 PM | Narrative Added | 3388 NNTC | Randall Ramirez | TEPSCAD06 |
| 3:52:06 PM | Narrative Added | --3388 CONNECTED TO OCONEE CO ON 911 | Jordia Nelson | TEPSCAD09 |
| 3:51:19 PM | Call Type Timer | Timer Increment - 18m (9)   Total: 18m 0s | system comment | TEPSCADPRD |
| 3:50:50 PM | Narrative Added | PER OCONEE COUNTY, A CIVIL WARRANT WAS SIGNED BUT WAS NOT PUT ON GCIC | Jeremy Sims | TEPSCAD01 |
| 3:50:29 PM | Narrative Added | PER 3396, ADV THAT OCONEE COUNTY SIGNED WARRANTS ON A JASON FARMER | Jeremy Sims | TEPSCAD01 |
| 3:50:04 PM | Person Added | Person Added: Role - Involved Other; Driver License - 051889339; DL State - GA; | Jeremy Sims | TEPSCAD01 |
| 3:49:19 PM | Call Type Timer | Timer Increment - 16m (8)   Total: 16m 0s | system comment | TEPSCADPRD |
| 3:47:19 PM | Call Type Timer | Timer Increment - 14m (7)   Total: 14m 0s | system comment | TEPSCADPRD |
| 3:45:19 PM | Call Type Timer | Timer Increment - 12m (6)   Total: 12m 0s | system comment | TEPSCADPRD |
| 3:43:19 PM | Call Type Timer | Timer Increment - 10m (5)   Total: 10m 0s | system comment | TEPSCADPRD |
| 3:41:19 PM | Call Type Timer | Timer Increment - 8m (4)   Total: 8m 0s | system comment | TEPSCADPRD |
| 3:39:19 PM | Call Type Timer | Timer Increment - 6m (3)   Total: 6m 0s | system comment | TEPSCADPRD |
| 3:37:19 PM | Call Type Timer | Timer Increment - 4m (2)   Total: 4m 0s | system comment | TEPSCADPRD |
| 3:35:19 PM | Call Type Timer | Timer Increment - 2m (1)   Total: 2m 0s | system comment | TEPSCADPRD |

| Time | Action | Description | | Name | Machine |
|---|---|---|---|---|---|
| 3:33:34 PM | Unit Status Action | Unit 3396 AS - At Scene | | Jeremy Sims | TEPSCAD01 |
| 3:33:30 PM | Plate History Found | Plate History found for CSS7207. Call 4993 - Suspicious Vehicle (S-14); Call 9143 - TS (S-25) | | Jeremy Sims | TEPSCAD01 |
| 3:33:30 PM | Vehicle Added | Vehicle Added: Plate Number - CSS7207; Role - Plate Inquiry; Plate Type - PC; | | Jeremy Sims | TEPSCAD01 |
| 3:33:24 PM | Unit Status Action | Unit 3396 IA - In Area - changed by GeoFence Police In Area | | system comment | TEPSCADPRD |
| 3:33:19 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 615 VAUGHN RD | | system comment | TEPSCADPRD |
| 3:33:19 PM | Unit Status Action | Unit 3388 AS - At Scene - changed by GeoFence Police At Scene | | system comment | TEPSCADPRD |
| 3:33:19 PM | Unit Status Action | Unit 3388 IA - In Area - changed by GeoFence Police In Area | | system comment | TEPSCADPRD |
| 3:33:19 PM | Location | Cross streets updated, DEAD END / BRISTOL WOODS DR | | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Location | Unit 3388 Secondary Location: Secondary Location Cleared | | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Status Action | Unit 3388 AS - At Scene | | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Location | Unit 3396 Secondary Location: Secondary Location Cleared | | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Status Action | Unit 3396 AS - At Scene | | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Call Type Timer | Timer Start - Interval 2m | | system comment | TEPSCAD01 |
| 3:33:19 PM | Call Ready for Dispatch | Call marked ready for dispatch | | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Call Assigned | Added Police Dispatch Position CAD01 | | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Agency Context Added | Police Call Type Added. Call Type: Out on Portable, Status: In Progress, Priority: 1 - High | | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Incident Created | Added Incident Number, ORI: 02903 , Number: 2025-00010192 | | Kelsey Good | |
| 3:33:19 PM | Incident Created | Added Incident Number, ORI: GA0290100, Number: 2025-08080214 | | Jeremy Sims | |
| 3:33:19 PM | Call Created | New call created. Call Type: Out on Portable, Location: 615 VAUGHN RD | | Jeremy Sims | TEPSCAD01 |

## Unit Log

**\*\*\* 8/8/2025 \*\*\***

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 5:26:44 PM | Unit Status Change | AV - Available | EMS5 | AV - Available | Jordia Nelson | TEPSCAD09 |
| 5:26:44 PM | Unit Cleared | Unit Cleared From Call | EMS5 | AV - Available | Jordia Nelson | TEPSCAD09 |
| 5:26:44 PM | Disposition Added | Added: 03-Assignment Complete Count 1 | EMS5 | D - Dispatched | Jordia Nelson | TEPSCAD09 |
| 4:46:03 PM | Unit Status Change | AV - Available | 3388 | AV - Available | Kelsey Good | TEPSCAD02 |
| 4:46:03 PM | Unit Cleared | Unit Cleared From Call | 3388 | AV - Available | Kelsey Good | TEPSCAD02 |
| 4:46:03 PM | Unit Status Change | AV - Available | 3396 | AV - Available | Kelsey Good | TEPSCAD02 |
| 4:46:03 PM | Unit Cleared | Unit Cleared From Call | 3396 | AV - Available | Kelsey Good | TEPSCAD02 |
| 4:46:03 PM | Disposition Added | Added: 09-Turned Over To Count 1 | 3388 | AS - At Scene | Kelsey Good | TEPSCAD02 |
| 4:46:03 PM | Disposition Added | Added: 09-Turned Over To Count 1 | 3396 | AS - At Scene | Kelsey Good | TEPSCAD02 |
| 4:46:02 PM | NCIC Request | Vehicle - Plate: cry7149 | 3396 | AS - At Scene | Kyle Sartain | POL-MOB09431 |
| 4:07:21 PM | Unit Location | Secondary Location Cleared | EMS5 | D - Dispatched | Kelsey Good | TEPSCAD02 |
| 4:07:21 PM | Unit Status Change | D - Dispatched Call Number: 9277, Assigned Location: 615 VAUGHN RD, ATHENS, Call Type: <(choose call type) > | EMS5 | D - Dispatched | Kelsey Good | TEPSCAD02 |

| Time | Event | Details | Unit | Status | Personnel | Terminal |
|---|---|---|---|---|---|---|
| 3:56:49 PM | Timer Override | Override time = 82800 | 3388 | AS - At Scene | Randall Ramirez | TEPSCAD06 |
| 3:53:01 PM | Unit Check In | | 3388 | AS - At Scene | Randall Ramirez | TEPSCAD06 |
| 3:50:18 PM | NCIC Request | Person - DL Number: 051889339; DL State: GA | 3396 | AS - At Scene | Kyle Sartain | POL-MOB09431 |
| 3:49:40 PM | Unit Check In | | 3388 | AS - At Scene | Randall Ramirez | TEPSCAD06 |
| 3:38:04 PM | Timer Override | Override time = 82800 | 3396 | AS - At Scene | Jeremy Sims | TEPSCAD01 |
| 3:38:02 PM | Timer Override | Override time = 240 | 3388 | AS - At Scene | Jeremy Sims | TEPSCAD01 |
| 3:33:34 PM | Unit Status Change | AS - At Scene | 3396 | AS - At Scene | Jeremy Sims | TEPSCAD01 |
| 3:33:30 PM | NCIC Request | Request #10404 - LICENSE PLATE #: CSS7207; | 3396 | IA - In Area | Jeremy Sims | TEPSCAD01 |
| 3:33:30 PM | NCIC Request | Request #10403 - LICENSE PLATE #: CSS7207; PLATE YEAR: 2025; PLATE TYPE: PC; | 3396 | IA - In Area | Jeremy Sims | TEPSCAD01 |
| 3:33:24 PM | Unit Status Change | IA - In Area - changed by GeoFence Police In Area | 3396 | IA - In Area | system comment | TEPSCADPRD |
| 3:33:19 PM | Unit Status Change | AS - At Scene - changed by GeoFence Police At Scene | 3388 | AS - At Scene | system comment | TEPSCADPRD |
| 3:33:19 PM | Unit Location | 615 VAUGHN RD, ATHENS | 3388 | AS - At Scene | system comment | TEPSCADPRD |
| 3:33:19 PM | Unit Status Change | IA - In Area - changed by GeoFence Police In Area | 3388 | IA - In Area | system comment | TEPSCADPRD |
| 3:33:19 PM | Unit Location | Secondary Location Cleared | 3388 | AS - At Scene | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Status Change | AS - At Scene | 3388 | AS - At Scene | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Status Change | Dispatched Call Number: 9277, Assigned Location: 615 VAUGHN RD, ATHENS, Call Type: Out on Portable | 3388 | AS - At Scene | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Location | 615 VAUGHN RD, ATHENS | 3388 | AS - At Scene | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Location | Secondary Location Cleared | 3396 | AS - At Scene | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Status Change | AS - At Scene | 3396 | AS - At Scene | Jeremy Sims | TEPSCAD01 |
| 3:33:19 PM | Unit Status Change | Dispatched Call Number: 9277, Assigned Location: 615 VAUGHN RD, ATHENS, Call Type: Out on Portable | 3396 | AS - At Scene | Jeremy Sims | TEPSCAD01 |

**Incidents**

| Incident Number | Jurisdiction | Type |
|---|---|---|
| 2025-08080214 | GA0290100: Athens-Clarke County Police Department | Out on Portable |
| 2025-00010192 | 02903: National EMS | <Choose Call Type> |

**Units**

| Unit | Radio Number | Personnel | Jurisdiction |
|---|---|---|---|
| 3388 | 3388 | 10139 Cahoon | GA0290100: Athens-Clarke County Police Department |
| 3396 | 3396 | 10052 Sartain | GA0290100: Athens-Clarke County Police Department |
| EMS5 | EMS5 | | 02903: National EMS |

**Attachments**

| File Name | File Description | Attached By |
|---|---|---|

Printed, 8/26/2025 AT 9:43:12 AM BY TWILLS