# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| JASON FARMER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE HUNSINGER, in his | ) | 3:25-cv-00154-TES |
| individual capacity; JON MILLS, | ) | |
| in his individual capacity; | ) | |
| KEVIN EPPS, in his individual | ) | |
| capacity; JAMES DALE FARMER, | ) | |
|     Defendants. | ) | |

## [PROPOSED] ORDER GRANTING CONTINUANCE

Before the Court is Plaintiff's Emergency Motion for Continuance of the hearing on Defendants' Motions to Dismiss currently scheduled for February 11, 2026. Having considered the Motion and the reasons set forth therein, and finding good cause,

**IT IS HEREBY ORDERED** that the hearing on Defendants' Motions to Dismiss currently scheduled for February 11, 2026, is hereby **CONTINUED** to _____, 2026, at _____ _.M.

SO ORDERED, this _____ day of _____, 2026.

_____
HONORABLE TILMAN E. SELF III
UNITED STATES DISTRICT JUDGE