IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JASON FARMER,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE HUNSINGER, KEVIN EPPS, JON MILLS, and JAMES FARMER<br><br>    Defendants. | 3:25-cv-00154-TES |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Notice of Timely Amendment as of Right and, in the Alternative, Motion for Leave to File Second Amended Complaint [Doc. 32]. Having reviewed the motion and the record,

**IT IS HEREBY ORDERED** that Plaintiff's Second Amended Complaint [Doc. 32] is accepted as timely filed pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

The Clerk is **DIRECTED** to docket the Second Amended Complaint as the operative pleading in this action. Each Defendant shall respond to the Second Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

SO ORDERED, this _____ day of _____, 2026.

_____
HON. TILMAN E. SELF
DISTRICT COURT JUDGE

*Prepared and submitted by:*

*/s/ John Baker*
John Baker
Georgia Bar No. 033797
John Baker Law
Watkinsville, Georgia 30677
*Attorney for Plaintiff Jason Farmer*