# W|W
## WILLIAMS & WAYMIRE
### ATTORNEYS AT LAW

4330 South Lee Street
Building 400, Suite A
Buford, GA 30518

Telephone 678-541-0790
Facsimile 678-541-0789
www.wmwlaw.com

March 5, 2026

Clerk, United States District Court
Middle District of Georgia
Athens Division
(via electronic filing)

Re:     ***Farmer v. Mills et al***
        **Case Number:     3:25-cv-00154-TES**

Dear Clerk:

I am counsel of record Defendant Mills in the referenced case.

This is a request by Defendant Mills for an extension of his response brief deadline for the Plaintiff's "renewed motion for leave to file amended complaint." Doc. 37. The response deadline currently is March 9, and under Local Rule 6.2 I request that your office grant an extension of fourteen (14) days to March 23, 2026.

Thank you for your kind assistance in this matter.

Very truly yours,

WILLIAMS & WAYMIRE, LLC


/s *Jason C. Waymire*
jason@wmwlaw.com


cc: All counsel through CM/ECF