Law Offices
# HALL, BLOCH, GARLAND & MEYER, LLP
**1500 Fickling & Company Building**
**577 Mulberry Street**
**P. O. Box 5088**
**MACON, GEORGIA 31208-5088**

———————

**Telephone 478-745-1625**
**Facsimile 478-741-8822**
**www.hbgm.com**

**Macon Office**

J. Steven Stewart
Duncan D. Walker, III
Mark E. Toth
J. Ellsworth Hall, IV
Amanda Rodman Smith
J. Burton Wilkerson, Jr.
John A. Wilkerson
Lee M. Gillis, Jr.
John M. McMichael
Amanda K. Smith
R. Campbell Garrard

**Atlanta Office**

Daryl G. Clarida
Peter G. Golden
Hilary Houston Adams

900 Circle 75 Pkwy
Suite 500
Atlanta, GA 30339-3099
Telephone 678-888-0036
Facsimile 678-379-6124

*Email:* *LeeGillis@hbgm.com*

March 5, 2026

***Via Electronic Filing***
Clerk, United States District Court
Middle District of Georgia
Athens Division

      RE:    ***Jason Farmer v. Mike Hunsinger, Kevin Epps, Jon Mills, and James Farmer***
                Case Number 3:25-cv-00154-TES

Dear Clerk,

I represent Defendant, Kevin Epps, in the above-referenced case.

At this time, Defendant Epps' is requesting an extension to file his response brief to Plaintiff's Renewed Motion for Leave to File Amended Complaint. Defendant Epps' response brief is due March 9, 2026 and, under Local Rule 6.2, I am requesting a fourteen (14) day extension to file Defendant Epps' response brief making the due date on or before March 23, 2026.

We appreciate your consideration and assistance in this matter.

      Sincerely,

      HALL, BLOCH, GARLAND & MEYER, LLP

      /s/ *Lee M. Gillis, Jr.*

      Lee M. Gillis, Jr.

LMG/adp

cc: Counsel of Record, ***via CM/ECF***

7807.37265