# EXHIBIT A

# IN THE COURT OF APPEALS
# STATE OF GEORGIA

*In Re: Estate of Bobby Farmer, Deceased, et al.*

**Case No. A26A302**

---

## APPELLANT'S MOTION FOR PERMISSION TO WITHDRAW APPEAL

---

JOHN BAKER LAW
John Baker
Georgia Bar No. 033797
1551 Jennings Mill Road
Suite 3100B
Watkinsville, Georgia 30677
(706) 608-2406
john@johnbaker.law
*Attorney for Appellant Jason Farmer*

1

This Appeal was docketed on August 28th, 2025 following the Court's exercise of its emergency powers on August 12th, 2025 under Court of Appeals Rule 40(b).   The Court ordered Appellant's release from custody following a finding of contempt and incarceration by the Oconee County Probate Court on August 7th, 2025.   (See *Farmer v. Hunsinger, Judge,* A26E0016)  After this Appeal was docketed, Appellant filed a federal civil rights action that includes overlapping parties, facts, and issues with those in this Appeal.   See *Farmer v. Hunsinger*, No. 3:25-cv-00154-TES (M.D. Ga.)

Appellant respectfully requests permission to withdraw his Appeal according to Ga. R. App. Ct. Rule 41.   Appellant's request is made without prejudice to any claim, defense, or argument relating to the jurisdictional voidness of the underlying orders, the due process violations attendant to his arrest and incarceration, or any federal or state claim for damages arising from the conduct of the Probate Court, opposing counsel, or other parties.[1]

No cross-appeal has been filed in this case, and all costs to transmit the appellate record were borne solely by Appellant.  The grant of permission to withdraw this Appeal therefore does not affect the rights of any other party.   The grant of permission to withdraw will also serve the interests of judicial economy.

---

[1] [3] Appellant does not waive, and expressly preserves, any and all claims, defenses, and arguments relating to the jurisdictional voidness of the underlying Protective Order and contempt proceedings, the due process violations attendant to his arrest and incarceration, and any federal or state claims for damages arising therefrom.

For the foregoing reasons, Appellant Jason E. Farmer respectfully requests permission to withdraw the above-captioned appeal without prejudice to his rights as set forth herein.

Respectfully submitted this 1st day of March, 2026.

/s/ John H. Baker
**JOHN BAKER**
Georgia Bar No. 033797
John Baker Law
1551 Jennings Mill Road, Suite 3100B
Watkinsville, Georgia 30677
(706) 608-2406
john@johnbaker.law
*Attorney for Appellant Jason E. Farmer*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing Appellant's Motion to Dismiss Appeal on all parties by first-class mail with sufficient postage thereon to reach its destination and addressed, as follows:

**Kevin Epps**
Tyler Gaines
Epps, Holloway, DeLoach & Hoipkemier, LLC
1220 Langford Drive, Building 200-101
Watkinsville, GA 30677
kevin@ehdhlaw.com | tyler@ehdhlaw.com
*Counsel for Appellee James Farmer*

3

**Robert W. Hughes, Jr.**
Mark Stuckey
Hughes & Associates, P.C.
290 West Crogan Street, Suite 230
Lawrenceville, GA 30046
robby@hughespclaw.com | mark@hughespclaw.com
*Counsel for Christie Mitchell*

**Jon Mills**
Durden & Mills, P.C.
1551 Jennings Mill Rd., Suite 2200B
Watkinsville, GA 30677
jon@durdenmillspc.com
*(Administrator CTA)*

Respectfully submitted this 1st day of March, 2026.

*/s/ John H. Baker*
**JOHN BAKER**
Georgia Bar No. 033797
John Baker Law
1551 Jennings Mill Road, Suite 3100B
Watkinsville, Georgia 30677
(706) 608-2406
john@johnbaker.law
*Attorney for Appellant Jason E. Farmer*

4