| | |
|---|---|
| **JASON FARMER,** | |
| Plaintiff, | |
| v. | Case No. 3:25-CV-00154-TES |
| **MIKE HUNSINGER, KEVIN EPPS, JON MILLS, and JAMES FARMER,** | |
| Defendants. | |

## DEFENDANT EPPS' JOINDER IN CO-DEFENDANT MILLS' BRIEF CONCERNING APPLICATION OF THE ROOKER-FELDMAN DOCTRINE

COMES NOW Defendant Kevin Epps and files this Joinder in the brief submitted by Co-Defendant Mills in support of dismissal based on the Rooker-Feldman Doctrine, and shows this Court as follows:

## I.   INTRODUCTION

Defendant Epps respectfully joins in and adopts the arguments, authorities, and reasoning set forth in Co-Defendant Mills' Brief Concerning Application of the Rooker-Feldman Doctrine (the "Brief"), as if fully set forth herein.

As demonstrated in the Brief, the Court lacks subject matter jurisdiction over Plaintiff's claims because they constitute an impermissible collateral attack on a prior state court judgment.

## II.    JOINDER AND ADOPTION OF ARGUMENT

Defendant Epps incorporates by reference the Brief filed by Co-Defendant Mills, including all supporting arguments and cited authorities. Specifically, Defendant Epps adopts the position that Plaintiff's claims are "inextricably intertwined" with a prior state court judgment. Plaintiff is effectively seeking review and rejection of that judgment. Under the Rooker-Feldman Doctrine, this Court is without jurisdiction to entertain such claims.

## III.    CONCLUSION

For the reasons set forth in Co-Defendant Mills' Brief, Defendant Epps respectfully requests that this Court dismiss Plaintiff's claims against it for last of subject matter jurisdiction pursuant to the Rooker-Feldman Doctrine.

Respectfully submitted this 30th day of March, 2026.

/s/ *Lee M. Gillis, Jr.*
LEE M. GILLIS, JR.
Georgia Bar No. 217515
*Attorney for Defendant*
*Kevin Epps*

HALL, BLOCH, GARLAND & MEYER, LLP
577 Mulberry Street, Suite 1500
P. O. Box 5088
Macon, GA 31201-5088
(478) 745-1625 Telephone
(478) 741-8822 Facsimile
LeeGillis@hbgm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed the foregoing ***Defendant Epps'***

***Joinder in Co-Defendant Mills' Brief Concerning Application of Rooker-***

***Feldman Doctrine*** has been electronically transmitted to the Clerk's Office using

the CM/ECF System which will automatically send notification of such filing to all

counsel of record.

Respectfully submitted, this 30th day of March, 2026.

/s/ *Lee M. Gillis, Jr.*
LEE M. GILLIS, JR.
Georgia Bar No. 217515
*Attorney for Defendant*
*Kevin Epps*

HALL, BLOCH, GARLAND & MEYER, LLP
577 Mulberry Street, Suite 1500
P. O. Box 5088
Macon, GA 31201-5088
(478) 745-1625 Telephone
(478) 741-8822 Facsimile
LeeGillis@hbgm.com