**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| JASON FARMER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 3:25-cv-00154-TES |
| | ) | |
| MIKE HUNSINGER, in his individual | ) | |
| Capacity; KEVIN EPPS, individually; | ) | |
| JON MILLS, individually, JAMES | ) | |
| FARMER, individually; | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JAMES FARMER'S SUPPLEMENTAL BRIEF
REGARDING THE APPLICATION OF THE *ROOKER-FELDMAN*
DOCTRINE**

COMES NOW Defendant James Farmer ("Farmer"), and pursuant to the Court's request, submits this supplemental brief regarding the application of the *Rooker-Feldman* doctrine to this case. In his previous response to Plaintiff Jason Farmer's motion for leave to amend, Farmer discussed in detail why the *Rooker-Feldman* doctrine applies in this case to deprive this Court of jurisdiction. (See [Doc. 46].) Rather than submit largely duplicative pleadings, Farmer directs the Court to his previous response, explaining that the *Rooker-Feldman* doctrine applies in this case because Plaintiff's claims ask this Court "to 'review' and 'reject'" the validity of the probate court's contempt orders. Efron v. Candelario, 110 F.4th 1229, 1238 (11th Cir. 2024), cert. denied, 145 S. Ct. 1958, 221 L. Ed. 2d 738 (2025). Plaintiff's

claims therefore fall squarely into the category of cases the *Rooker-Feldman* doctrine is meant to bar. Accordingly, Defendant James Farmer requests that the Court find the *Rooker-Feldman* doctrine applies, depriving it of subject matter jurisdiction to hear this case.

This 30th day of March, 2026.

Respectfully submitted,

**MARSH ATKINSON & BRANTLEY, LLC**

By: */s/ David Atkinson*
David M. Atkinson
Georgia State Bar No. 026460
Joseph J. Angersola
Georgia State Bar No. 890572
*Attorneys for James Farmer*

271 17th Street NW, Ste. 1600
Atlanta, GA  30363
Telephone 404-282-5050
david.atkinson@mablawfirm.com
joseph.angersola@mablawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **DEFENDANT JAMES FARMER'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO FILE AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 30th day of March, 2026.

Respectfully submitted,

**MARSH ATKINSON & BRANTLEY, LLC**

By: */s/ David Atkinson*
David M. Atkinson
Georgia State Bar No. 026460
Joseph J. Angersola
Georgia State Bar No. 890572
*Attorneys for James Farmer*

271 17th Street NW, Ste. 1600
Atlanta, GA  30363
Telephone 404-282-5050
david.atkinson@mablawfirm.com
joseph.angersola@mablawfirm.com