**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **JASON FARMER, Plaintiff,**    **v.** <br><br> **MIKE HUNSINGER, KEVIN EPPS, JON MILLS, and JAMES FARMER, Defendants.** | ) <br> ) <br> ) <br> )   **CIVIL ACTION FILE NO.:** <br> ) <br> )    **3:25-cv-00154-TES** <br> ) |

**MOTION FOR FEES AND EXPENSES**
**BY DEFENDANT MILLS**

COMES NOW Defendant Mills by and through undersigned counsel and, pursuant to 42 USC § 1988 and the Local Rules submits his motion for an award of reasonable attorneys' fees and expenses. Defendant prevailed against all claims by virtue of the dismissal and judgment filed on or about May 15, 2026. Doc. 55.

Defendant seeks attorneys fees and expenses of totaling $7,549.05. In accordance with the local rule, Defendant files and serves a detailed specification and itemization of the requested award, with appropriate affidavit and other supporting documentation. Undersigned counsel certifies that the work performed was reasonably necessary to the preparation and presentation of the defense of Defendant Mills in this case.

WHEREFORE, Defendant Mills requests the Court to award him reasonable attorney's fees and expenses under 42 USC § 1988.

Respectfully submitted,

WILLIAMS & WAYMIRE, LLC

/s/ *Jason  Waymire*_____
Jason C. Waymire
Georgia Bar No. 742602

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
678-541-0790
678-541-0789
jason@wmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **MOTION, SUPPORTING MATERIALS** and **BRIEF** upon all parties by electronic delivery through the CM/ECF system.

This May 26, 2026.

/s/ Jason C. Waymire_____
JASON C. WAYMIRE
Georgia Bar No. 742602