**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JASON FARMER, Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION FILE NO.:** |
| **MIKE HUNSINGER, KEVIN** | ) | |
| **EPPS, JON MILLS, and JAMES** | ) | **3:25-cv-00154-TES** |
| **FARMER, Defendants.** | ) | |
| | ) | |

## DECLARATION OF JASON C. WAYMIRE

STATE OF GEORGIA

COUNTY OF GWINNETT

COMES NOW JASON C. WAYMIRE, who declares and affirms that the following statements are true and correct:

1.

My name is JASON C. WAYMIRE. I am of age and legally competent to give this Declaration. The statements contained in this Declaration are based upon my personal knowledge.

2.

I am counsel for Defendant Mills in the above-styled lawsuit. I am a member in good standing of the State Bar of Georgia. I have been a member of the State Bar since 2002. Since that time most of my work has involved civil rights litigation in federal and state courts. I have handled

1

hundreds of cases of this type over my career.

3.

Because my firm bills my time to clients, I keep contemporaneous detailed records of the tasks I perform and the time it takes for the tasks. I did that in the present case, and those time entries with dates and the time attributed to the given tasks are detailed in Exhibit A. The legal work detailed in Exhibit A was reasonable and necessary for handling the defense for my client in this case. The $71.55 in expenses in Exhibit A were necessarily incurred for travel in connection with the hearing on the motions to dismiss.

4.

The time records reflected in Exhibit A have been redacted to remove tasks that were unnecessary to the defense of Defendant Mills in this action.

5.

In 2025, my hourly billing rate for this case was $205 per hour.  In 2026 the billing rate has been $215 per hour. Those rates are well below the standard rates typically awarded to counsel with my level of experience in cases of this type in the Middle District of Georgia's Athens Division.

## DECLARATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2026, in the State of Georgia, United States of America.

/ s /  *JASON C. WAYMIRE*

_____

JASON C. WAYMIRE

| Date | Time (hours) | Hourly Rate | Task(s) |
|---|---|---|---|
| 12/09/25 | 1.5 | $205.00 | Review email from C. Penrod re: defense of Jon Mills; review court docket; review order extending Mills answer deadline; review complaint; TC to Jon Mills; email to Casey Crumbley |
| 12/10/25 | 0.6 | $205.00 | communications and TC with Casey Crumbley re: case background and bases for motion to dismiss; begin review motion to dismiss materials filed for Judge Hunzinger |
| 12/11/25 | 4 | $205.00 | begin preparation of motion to dismiss and supporting brief for Def. Mills; email correspondence with Def. Mills; begin preparation of motion to stay with supporting brief and order; email to Casey Crumbley re: joining stay motion |
| 12/12/25 | 0.1 | $205.00 | file motion to dismiss and brief for Def. Mills |
| 12/13/25 | 0.5 | $205.00 | Finalize & file motion to stay with brief and proposed order; set up and organize file with case materials |
| 12/15/25 | 0.1 | $205.00 | provide status update to Christina Penrod |
| 12/15/25 | 0.1 | $205.00 | review order granting motion to stay all discovery and deadlines |
| 01/02/26 | 0.4 | $215.00 | review Plaintiff's response to Def. Hunsinger's motion to dismiss; review Plaintiff's response to Def. Mills motion to dismiss |
| 01/14/26 | 0.3 | $215.00 | review Def. Hunsinger's reply brief in support of motion to dismiss |
| 01/26/26 | 2.2 | $215.00 | continue review Plaintiff's response to motion to dismiss; begin preparation of reply brief for motion to dismiss |
| 01/29/26 | 1.1 | $215.00 | continue preparation of Defendant's reply brief for motion to dismiss |

| 01/30/26 | 0.6 | $215.00 | review motion to dismiss by Def. James Farmer; review/update Supreme Court precedent re: federal abstention from interference with state contempt proceedings |
| 01/30/26 | 1.8 | $215.00 | continue preparation, finalize & file reply brief for Def. Mills |
| 02/02/26 | 0.1 | $215.00 | review notice of hearing on motions to dismiss, calendar hearing |
| 02/03/26 | 0.5 | $215.00 | prepare notice of additional controlling authority re: *Younger* doctrine in contempt cases |
| 02/09/26 | 0.5 | $215.00 | review Plaintiff's emergency motion for continuance and 911 CAD sheet; review order denying motion; begin preparation for hearing on motions to dismiss |
| 02/10/26 | 2.7 | $215.00 | provide status update to Christina Penrod; review court notices re: attorney appearance & deficiency in filing; continue preparation for hearing on motions to dismiss; begin review Plaintiff's first and second amended complaints & attached exhibits; review / update law re: whether Plaintiff can amend complaint without leave of court; review Plaintiff's response to James Farmer's motion to dismiss; TCs with counsel for Def. Hunsinger; review motion to strike by Def. Hunsinger |
| 02/11/26 | 5.6 | $215.00 | review clerk's notice of deficiency re: Plaintiff amended complaint; continue preparation for and participate in hearing on motions to dismiss in Athens, GA; review Plaintiff's motion to amend the complaint; review text orders following hearing; provide status report to Christina Penrod; review email from law clerk with cases involving "shotgun pleadings" |
| 02/23/26 | 0.1 | $215.00 | communications with client re: deadline on motion to amend |
| 02/27/26 | 1.1 | $215.00 | review Plaintiff's second motion to amend and proposed amended complaint |
| 03/05/26 | 2.1 | $215.00 | review multiple emails from defense counsel re: response to Plaintiff's motion to amend complaint; begin preparation of response to motion to amend for Def. Mills; prepare and file rule 6.2 extension letter |

| 03/16/26 | 0.5 | $215.00 | review/respond to multiple emails from defense counsel; video conference with defense counsel |
| 03/20/26 | 0.3 | $215.00 | finalize and file response to Plaintiff's latest motion to amend complaint |
| 03/21/26 | 0.1 | $215.00 | communications with Casey Crumbley re: joint defense |
| 03/23/26 | 0.7 | $215.00 | review email from judge to parties; review codefendants' briefs in opposition to Plaintiff's motion for leave to file second amended complaint |
| 03/27/26 | 3.2 | $215.00 | prepare brief for Def. Mills about operation of Rooker-Feldman doctrine per judge's directive |
| 03/30/26 | 0.6 | $215.00 | review correspondence between Plaintiff's counsel and court's law clerk re: briefing on Rooker-Feldman doctrine; review multiple codefendants' briefing concerning Rooker-Feldman doctrine |
| 03/30/26 | 0.2 | $215.00 | file Defendant Mills brief about Rooker-Feldman doctrine |
| 03/31/26 | 0.8 | $215.00 | Review Plaintiff's brief concerning Rooker-Feldman doctrine; review additional authority concerning Rooker-Feldman issues |
| 04/01/26 | 0.4 | $215.00 | email to judicial assistant and all counsel re: additional authority bearing on Rooker-Feldman doctrine; review responses to other defense counsel; TC from Casey Crumley |
| 04/06/26 | 0.3 | $215.00 | review Plaintiff's reply brief for motion to file second amended complaint |
| 05/14/26 | 0.8 | $215.00 | review order granting motions to dismiss |
| 05/15/26 | 0.1 | $215.00 | review judgment for Defendants |
| 05/22/26 | 0.1 | $215.00 | calendar deadline to file motion for attorney's fees |

| | | | |
|---|---|---|---|
| 05/22/26 | 1 | $215.00 | Prepare fees motion, brief and supporting materials for Def. Mills |
| TOTAL HOURS: | 35.1 | $7,477.50 | |
| TOTAL at ($205/hr): | 6.9 | $1,414.50 | |
| TOTAL at ($215/hr): | 28.2 | $6,063.00 | |
| Expense: | | $71.55 | Mileage and parking for hearing on motions to dismissal |
| **TOTAL FEES & EXPENSES:** | | **$7,549.05** | |