**From:** Misty Farmer
**To:** John Baker
**Subject:** Fwd: Text messages between Jason & Adam on 6/13/23-6/14/23
**Date:** Wednesday, October 4, 2023 9:11:27 PM
**Attachments:** image458547.png
image225187.png

Misty Farmer

Begin forwarded message:

**From:** "Stacey L. Ferris" <sferris@gplg.com>
**Date:** July 19, 2023 at 10:04:11 AM EDT
**To:** Misty Farmer <mistyffarmer@bellsouth.net>, "Joanne M. Cabral" <jcabral@gplg.com>, "Sean S. Golan" <sgolan@gplg.com>
**Subject: RE: Text messages between Jason & Adam on 6/13/23-6/14/23**


This is shocking.  I am so glad you have these text messages.  This will make a malpractice action must easier to prove if you all choose to go that direction. You should not have to pay to get out of a deal you never agreed to.




Stacey L. Ferris
Senior Attorney
sferris@gplg.com

**Georgia Probate Law Group**
331 North Marietta Parkway
Marietta, GA 30060
P. 770.920.6030 | F. 678.909.4223

**From:** Misty Farmer <mistyffarmer@bellsouth.net>
**Sent:** Wednesday, July 19, 2023 2:19 AM
**To:** Stacey L. Ferris <sferris@gplg.com>; Joanne M. Cabral <jcabral@gplg.com>; Sean S. Golan <sgolan@GPLG.com>
**Subject:** Text messages between Jason & Adam on 6/13/23-6/14/23


These are text exchanges between Adam Hebbard & Jason Farmer regarding the 6/14/2023 court date regarding the Consent order for the equipment, they have the dates and times & clearly show Jason had a problem with the deal Adam came up with & did NOT want to proceed but Adam hung up the phone with Jason & wouldn't answer his phone calls anymore!

**REDACTED – PATIENT IDENTIFIERS**



This is gaynells wrist band of her in the hospital.

Wed, Jun 14 at 5:57 AM

Hey Adam  the hospital nurses said they're not allowed to give out any info on their patients. If the wrist band is not enough here's a picture of Misty's mom in the hospital.

sorry I can't get the pic to send













need to prove who owns the stuff come on man

That's a really insulting allegation, Jason.

I just pulled your ass out of there for again, DESPITE THE FACT THAT YOU DIDN'T EVEN SHOW UP TO COURT, and you're questioning my integrity ?

*out of the fire

You and I will need to get together next week to review this order. What's your schedule next week?

Adam I don't know what my schedule will be like next week. I am at the hospital right now.

Ok

I'll follow up when we get the draft order.

Give Misty and her family my









Misty Farmer