# EXHIBIT A

**UNITED STATES SENATE**
**COMMITTEE ON THE JUDICIARY**

**QUESTIONNAIRE FOR JUDICIAL NOMINEES**

**PUBLIC**

1. **Name**: State full name (including any former names used).

   Tilman Eugene Self, III
   Tripp Self

2. **Position**: State the position for which you have been nominated.

   United States District Judge for the Middle District of Georgia

3. **Address**: List your current office address. If city and state of residence differs from your place of employment, please list the city and state where you currently reside.

   Office:     Court of Appeals of Georgia
               40 Capitol Square, Southwest, Suite 408
               Atlanta, Georgia 30334

   Residence: Macon, Georgia

4. **Birthplace**: State your year and place of birth.

   1968; Macon, Georgia

5. **Education**: List in reverse chronological order each college, law school, or any other institution of higher education attended and indicate for each the dates of attendance, whether a degree was received, and the date each degree was received.

   1994 – 1997, University of Georgia School of Law; Juris Doctor (*cum laude*), 1997

   1986 – 1990, The Citadel, The Military College of South Carolina; Bachelor of Science (*magna cum laude*), 1990

   Summer 1985, Mercer University (two classes as a rising high school senior); no degree

6. **Employment Record**: List in reverse chronological order all governmental agencies, business or professional corporations, companies, firms, or other enterprises, partnerships, institutions or organizations, non-profit or otherwise, with which you have been affiliated with as an officer, director, partner, proprietor, or employee since

Federalist Society (2008 – present)

Georgia Commission on Family Violence - Gubernatorial appointee (2010 – 2013)

Georgia Sports Hall of Fame Authority (2004 – 2007)
    Vice President, Board of Directors (2006 – 2007)

Greater Macon Chamber of Commerce (2004 – 2006)
    Member, Board of Directors (2004 – 2005)
    General Counsel (2004 – 2005)
    Vice Chair, Military Affairs Committee (2006)

Gridiron Secret Society (1997 – present)

Hinesville Officials Association (1993)

Lawyers Club of Atlanta (2017)

Leadership Georgia (2006)

Leadership Macon (1998)

Macon Rotary Club (2011 – 2016)

Macon Sports Hall of Fame (2002 – 2009)
    Member, Board of Directors

Macon Touchdown Club (2006 – 2009)

Mercer University Executive Forum Steering Committee (2004 – 2007)

Middle Georgia Football Officials Association (1997 – 2003)

Museum of Aviation Foundation, Inc. (2009 – 2014)
    Member, Board of Directors

National Association of Sports Officials (1993 – present)

National Wild Turkey Federation (2004 – present)

Northeast Georgia Officials Association (1994 – 1997)

Palazzo 1206, LLC (2008 – present)
    Member

9

Reformation Ministries, Inc. (2003 – 2013)
    Vice Chair, Board of Directors (2003 – 2013)

Self and Sons Properties, LLC (2001 – 2012)
    Managing Member

Shield Club (provides scholarships to children of slain public safety personnel) (2008 – present)

Southern Conference Football Officials Association (2002 – present)
    President (2014 – 2016)
    Vice President (2012 – 2014)

b. The American Bar Association's Commentary to its Code of Judicial Conduct states that it is inappropriate for a judge to hold membership in any organization that invidiously discriminates on the basis of race, sex, or religion, or national origin. Indicate whether any of these organizations listed in response to 11a above currently discriminate or formerly discriminated on the basis of race, sex, religion or national origin either through formal membership requirements or the practical implementation of membership policies. If so, describe any action you have taken to change these policies and practices.

Prior to 1994, The Citadel was an all-male institution. Consequently, it could only have male alumni. In 1990, my parents purchased me a life membership in The Citadel's alumni organization, The Association of Citadel Men. After The Citadel began to admit women, the name was changed to Citadel Alumni Association. The Gridiron Secret Society is a student-run fraternal organization at the University of Georgia. There is a corresponding organization for women. It is also my understanding that Rotary International previously restricted its membership to men. To the best of my knowledge, none of the other organizations listed above discriminates or formerly discriminated on the basis of race, sex, religion or national origin, either through formal membership requirements or the practical implementation of membership policies.

12. **Published Writings and Public Statements**:

a. List the titles, publishers, and dates of books, articles, reports, letters to the editor, editorial pieces, or other published material you have written or edited, including material published only on the Internet. Supply four (4) copies of all published material to the Committee.

Letter to the Editor, *Blackwell Will Make a Difference on Supreme Court*, The Fulton Daily Report, June 27, 2012. Copy supplied.

10

Law Offices of Wallace Miller III, LLC
509 Forest Hill Road
Macon, Georgia 31210
(478) 474-4145

5. *Crisler v. Farr*, Civil Action No. 10-CV-17 (Ga. Super. Ct. Jan. 12, 2012). Decision supplied.

This legal malpractice case involved a lawyer who agreed to represent a client in a wrongful death case, although he rarely handled personal injury cases. Rather than file suit, the attorney engaged in an unexplainable scheme where he invented an answer, made up discovery supposedly from the defendants, fabricated letters to/from fictional opposing counsel and eventually "settled" the case for $2 million. The attorney then wrote a $1 million check from the firm's trust account to cover the first half of the "settlement," causing the firm to borrow $1 million from the attorney's father-in-law to cover the check. Eventually, the scheme unraveled and the father-in-law sued the clients to get his money back and ultimately won a $1.4 million judgment against them. In this suit, the former clients sued the lawyer that made up the entire scheme, the firm and the other partners to have them pay the judgment they now owe the father-in-law. In a detailed ruling, I denied the fabricating attorney's motion for summary judgment and required him to stand trial alone. I also granted summary judgment to the firm and the other partners finding that they neither knew of the scheme nor participated in it so that they should not be held liable. The parties settled the case while it was pending in the court of appeals.

Counsel for the Plaintiffs:

J. Edward Allen
Jeffrey DeLoach
Epps, Holloway, DeLoach & Hoipkemier, LLC
1220 Langford Drive
Building 200, Suite 101
Watkinsville, Georgia 30677
(706) 508-4000

F. Gregory Melton, Deceased

Counsel for the Defendant:

William D. Newcomb, III
Carlock, Copeland & Stair, LLP
191 Peachtree Street, Northeast
Suite 3600
Atlanta, Georgia 30303
(404) 522-8220

30