# EXHIBIT B

LAW OFFICE OF
# DAVID B. BELL, P.C.

619 GREENE STREET
POST OFFICE BOX 1011
AUGUSTA, GEORGIA 30903-1011

DAVID B. BELL

SHARON BLAIR ENOCH

JOHN C. BELL
(1916-1967)

December 12, 2016

AREA CODE 706
TELEPHONE 724-1882
706-722-0222
FAX 706-722-2507
E-MAIL ADDRESS:
davidbell@davidbelllawfirm.com

Mr. J. Edward Allen, Jr.
Mr. Lanny Allgood, III
Mr. James Lanier Allgood, Jr.
Mr. Robert L. Ashe, III
Mr. C. King Askew
The Hon. Roy Barnes
Mr. Lonice Barrett
Mr. Steven L. Beard
Mr. Peyton Bell
Mr. Jordan Bell
Mr. John C. Bell, Jr.
Justice Robert Benham
Mr. Frederick S. Bergen
Mr. Thomas P. Bishop
Mr. Gary B. Blasingame
The Hon. Michael P. Boggs
Mr. Alexander H. Booth
The Hon. Dudley H. Bowen, Jr.
Mr. Robert M. Brinson
Dr. Chuck Bullock
Mr. E. Davison Burch
Mr. Charles W. Byrd
Mr. R. Wayne Byrd
Justice George H. Carley
The Hon. Christopher Carr
The Hon. Jason J. Carter
Mr. Dennis T. Cathey
The Hon. Robert W. Chasteen, Jr.
Mr. Cale H. Conley
The Hon. Robert Constantine, Jr.
Mr. J. Vincent Cook
Mr. William V. Custer, IV
Mr. Albert H. Dallas
The Hon. Buddy Darden
Mr. J. Anderson Davis
The Hon. Hardie Davis, Jr.
Mr. Clement Charles Doyle
Prof. Thomas A. Eaton

The Hon. John J. Ellington
The Hon. Gordon D. Giffin
Mr. Steven P. Gilliam
The Hon. J. Randall Hall
Mr. Jeffrey R. Harris
Mr. W. Scott Henwood
Justice P. Harris Hines
Mr. Kenneth B. Hodges III
Mr. Pete Hunt
The Hon. Willis B. Hunt, Jr.
The Hon. C. Donald Johnson
Mr. J. Alexander Johnson
Mr. Billy Ned Jones
The Hon. Steve C. Jones
Mr. Lawton Jordan III
The Hon. John Kennedy
Mr. Robert P. Killian
Mr. Paul M. Kurtz
The Hon. Clay D. Land
Mr. James Langford
The Hon. Hugh Lawson
Mr. Jeffrey Y. Lewis
Mr. Stephen G. Lowry
Mr. John B. Manly
The Hon. Keith Mason
Mr. Hugh McNatt
Mr. Nicholas C. Moraitakis
President Jere W. Morehead
The Hon. J. Thomas Morgan, III
Mr. Michael J. Moses
Mr. W. H. Nesmith, Jr.
The Hon. J. Carlisle Overstreet
The Hon. Charles A. Pannell, Jr.
Mr. Charles E. Peeler
Mr. Darren Wade Penn
Mr. Courtland G. Phillips
The Hon. Herbert E. Phipps
The Hon. Albert M. Pickett

The Hon. Marion T. Pope, Jr.
The Hon. John C. Pridgen
The Hon. William M. Ray
Mr. Chris Riley
The Hon. Charles Paul Rose, Jr.
The Hon. C. Ashley Royal
Dean Peter Rutledge
Mr. John Sammon
Mr. Steven E. Scheer
Mr. Sonny Seiler
The Hon. Tilman E. Self, III
Mr. Paul Shailendra
Mr. Sachin Shailendra
Professor Peter Shedd
Mr. Stephen E. Shepard
Dean David Shipley
The Hon. J. D. Smith
Mr. Gregory C. Sowell
The Hon. Lawton E. Stephens
The Hon. Irwin W. Stolz, Jr.
The Hon. Richard W. Story
Mr. Terrance C. Sullivan
Dr. Thomas R. Swift
Mr. S. Lester Tate, III
Mr. Ryan Teague
Mr. Michael Terry
Justice Hugh P. Thompson
Mr. Kirby Thompson
Mr. John Thrasher
Mr. Paul H. Threlkeld
The Hon. Mark Thomas Treadwell
Mr. Norman L. Underwood
Dr. George W. Williams, Jr.
Mr. Joel O. Wooten

Athens Gridiron
Page 2
December 12, 2016

Re:    Alex Weir

Enclosed you will find a copy of the letter written by Dr. John Stewart in which he nominated his friend Alex Weir for membership in Gridiron.  You will also find enclosed a copy of Alex Weir's resume.

Please join Dr. Stewart in writing a letter to Jordan Bell, the Student President of Gridiron, seconding this nomination.  Your letter should be written to:

Jordan Bell
P.O. Box 1807
Athens, Georgia 30603.

We are in a new day.  They would prefer letters to be sent by email.  The email address for Gridiron is:

gridironsecretsociety@gmail.com

Please carbon copy Dr. John Stewart and me with your letter to Jordan Bell who will be our student president.

I am

Sincerely,

David B. Bell

DBB/hr
Enc. (As stated)
cc:    Dr. John Stewart

# RADIATION ONCOLOGY ASSOCIATES

P. O. Box 2825
Augusta, Georgia 30914-2825

**BYRON G. DASHER, M.D.**
**W. DEAN MARTIN, M.D.**
**JED W. HOWINGTON, M.D.**
**JOHN G. STEWART, M.D.**

Telephone
(706) 721-2971
Business Office
(706) 737-4575

June 9, 2016

Mr. Charlie Spalding
Gridiron Secret Society
P.O. Box 1807
Athens, GA 30603

RE:    Alex Wier
       810 Dogwood Lane
       Augusta, GA 30909

Dear Mr. Spalding,

I imagine by now you are in receipt of not only my nomination letter for Alex Wier, but also numerous seconding letters from the Augusta Chapter and beyond. There is great enthusiasm amongst our members for what Alex would bring to the best organization on campus. I would like to add a little more detail on Alex's professional and personal qualifications for membership, which should give you a sense of the particular "tools" he possesses for the benefit of Gridiron.

Alex and I were several years apart in school growing up, so I did not come to know him well until he and my younger brother, Daniel Stewart, became business partners. Alex and Daniel formed the Wier/Stewart firm in 2006, and in 10 years have grown from a two man graphic design shop to a regional leader in creative and advertising. They bought and renovated an historic downtown Augusta building creating a spectacular office space. While many in our Organization might lament the loss of the dive bar which occupied the space previously, I can assure you most locals regard the efforts Wier/Stewart as leading a charge to return downtown Augusta to the thriving business district it once was.

The work Alex and the firm have accomplished in 10 years is too comprehensive to list here, but I want to highlight one recent project they competed rebranding the newly renamed Augusta University. This project could be a case study in the philosophy of clothes. As you well know, a new state institution was formed in 2012 when the Board of Regents consolidated Augusta State University and the Medical College of Georgia into a single entity. After several tumultuous years under an unpopular President and unfortunate moniker, "Georgia Regents University," the Board made the necessary and bold decisions to hire Dr. Brooks Keel as President and to rename the institution "Augusta University." Dr. Keel hand-picked Alex and

1

Page

Wier/Stewart to create the brand identity.   While not restoring the old institutions  or fundamentally reorganizing new University, Alex, Daniel, and their team performed an elegant "re-tailoring."  The new brand identity has been extremely well-received and has united the students, alumni, and community around the University.   While all of us practice the philosophy of clothes to some extent in our daily lives, few have made a career of it as Alex has.

In your letter to the membership in the Spring, you asked that we share a personal anecdote about nominees, presumably for the purpose of revealing some aspect of the candidate's character which makes him suited for the work of our great organization.  The most fitting story I know about Alex actually took place many years before I knew him.  He does not list this bit of work experience on his resume, so I feel compelled to share it here:

While a student at UGA (probably late one night at the Chi Phi house) Alex co-wrote  a golf-themed horror screenplay entitled *The Greenskeeper*.  In 2002, it was actually made into a feature film which was released in a few theaters.  The murderous greenskeeper for whom the film is named was played by former Atlanta Braves closer John Rocker. I believe this was Mr. Rocker's first and only foray into acting.  The film received tepid reviews but is available on Amazon Prime if you'd like to judge for yourself.  In a vacuum you might come to the same conclusions as the critics in 2002, but in light of Alex's later work and professional accomplishments, you will see the Organic Filaments he will later weave together for the betterment of himself and society.  The purpose of this story is not to embarrass my dear friend before this organization, but rather to draw a parallel between Alex's early career and that of our spiritual leader Sir Thomas Carlyle.  I certainly don't need to remind you of Sir Carlyle's first attempt at fiction in 1821, *Cruthers and Jonson*.  Although the novel was widely regarded as a failure in its time, a student of Carlyle can see within this novel the glimmers of thought he would eventually refine in his greatest work, *Sartor Resartus*.

I hope these additional thoughts are helpful to the deliberations of the student membership.  If selected, Alex will be well supported in his studies this fall his many friends in the Augusta Chapter.

Thank you again for your consideration.  Sic vos non vobis.

Sincerely,

John G. Stewart, M.D.

cc:    Mr. David Bell

2

Page

# Alex
# Wier

810 Dogwood Lane
Augusta, GA 30909
706.836.9437
alex@wierstewart.com

## SUMMARY

*Creative Director and Founder of Wier / Stewart.* Over the course of 10 years, built a single owner-operator business into a thriving Creative Firm, currently supporting 12 full-time, salaried employees working out of the W/S owned and renovated 982 Broad Street office. Duties include providing leadership and oversight in all aspects of the business, with a specific concentration on ensuring strategic and creative success for clients and maintaining a high standard of work. A frequent speaker on the subjects of creativity, design and business, and guest lecturer at University of Georgia and Augusta University.

## EDUCATION

**BA, English**
University of Georgia
*Athens, Georgia (1992 - 1997)*

## EXPERIENCE

Creative Wizards Advertising - Atlanta, GA                    Spring 1997 - Fall 2001
*Copywriter & Designer*

Golden Medical - Atlanta, GA                    Spring 2001 - Fall 2003
*Marketing Director*

Meybohm Realtors - Augusta, GA                    Summer 2003 - Spring 2006
*Marketing Director*

Wier / Stewart - Augusta, GA                    Summer 2006 - present
*Founder, Creative Director*

## RECOGNITION

Bulldog 100 - #27, 2015                    Judge - Charlotte Addys
Telly Award                    Judge - Tri-Cities Addys
National, Regional and Local Addy Awards                    Judge - South Carolina AIGA In-Show
Historic Augusta Preservation Award for 982 Broad Street                    Speaker - DIGSouth Conference
Patron of the Arts Award - Augusta Arts Council                    Speaker - Creative South Conference
Published - Print Magazine                    Speaker - Converge Southeast
Published - How Magazine                    Speaker - Southern C Summit
Published - Communication Arts