## IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

JASON FARMER, Plaintiff, )
  v. )
)
)
MIKE HUNSINGER, KEVIN )
EPPS, JON MILLS, and JAMES )
FARMER, Defendants. )
)

**CIVIL ACTION FILE NO.:**

**3:25-cv-00154-TES**

## RESPONSE IN OPPOSITION TO PLAINTIFF'S POST-JUDGMENT MOTIONS BY DEFENDANT MILLS

COMES NOW Defendant JON MILLS and files this response in opposition to Plaintiff's post-judgment motions (Docs. 57 & 58), showing the Court as follows:

Defendant Mills opposes Plaintiff's motions and adopts the basic substantive arguments explained in the responsive filings of Defendant Hunsinger, filed at docket numbers 64 and 65. Those filings explain in detail why the Plaintiff's pending motions lack merit and should be denied.

## CONCLUSION

For the reasons sufficiently articulated by Defendant Hunsinger, Plaintiff's motions to alter or amend (Doc. 57) and motion to recuse (Doc. 58) should be denied.

Respectfully submitted,

**WILLIAMS & WAYMIRE, LLC**

/s Jason Waymire_____
JASON C. WAYMIRE
Georgia State Bar No. 742602
Attorneys for Defendant Mills

4330 South Lee St., NE
Building 400, Suite A
Buford, Ga 30518-3027
Telephone: (678) 541-0790
Facsimile: (678) 541-0789
jason@wmwlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served all counsel in the foregoing action with a true and correct copy of the foregoing **RESPONSE** by email to counsel for all parties through the Court's CM/ECF system.

This 6 day of July, 2026.

/s Jason Waymire_____
JASON C. WAYMIRE