**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

JASON FARMER,

Plaintiff,

v.

MIKE HUNSINGER, KEVIN EPPS,
JON MILLS, and JAMES FARMER,

Defendants.

**Civil Action No.
3:25-cv-00154-TES**

## ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION IN PART

The Court has considered the motion of Plaintiff's counsel, John H. Baker, under Federal Rule of Civil Procedure 6(b)(1) and his accompanying declaration. He filed his motion for an extension after the response period for Doc. 76 had run, but before the response period for Doc. 77 expired. In fact, rather than waiting for the Court to rule on his motion, he filed his actual response within a couple of hours of filing his motion for an extension.

Notwithstanding Mr. Baker's apparent decision that he could file his motion without the need of any court order, the Court nonetheless finds excusable neglect as to Doc. 76 under the circumstances, considering his reason for the omission, the short delay, its procedural impact, prejudice, and the fact that he alleged to have

simply forgot to file the papers on time. As to Doc. 77, the Court DENIES his motion for an extension because since he already filed it, he mooted the issue.

Regarding his motion to allow him to file a consolidated response to Docs. 76 and 77, and given that he has filed that consolidated response, his motion is GRANTED. Any reply by the respective movants to Mr. Baker's consolidated response shall be filed within fourteen (14) days after service of the response, as provided by Local Rule 7.3. The Court will set a hearing on both motions by separate notice after briefing closes. Mr. Baker asked for time to seek independent counsel and, should he desire to do so, he should make those arrangements immediately.

This Order does not stay enforcement of any existing award, does not affect the appeal noticed in Doc. 79, and does not enlarge the page limitation of Local Rule 7.4.

To recap, the Court **GRANTS** Mr. Baker's Motion to file his response to Doc. 76 late, **DENIES** as moot that portion of his Motion for an extension to file Doc. 77, **GRANTS** his motion to file a single consolidated response and **GRANTS** his motion for a hearing on the motions for sanctions.

SO ORDERED, this 17 day of Sept., 2026.

TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE